**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Vicente LOPEZ–RIOS, Defendant—
Appellant.**

Nos. 09–10308, 09–10309.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2011.*

Filed April 11, 2011.

Kathryn Haun, Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Kari Elisabeth Hong, Law Offices of Kari E. Hong, Redlands, CA, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM [**]

In these consolidated appeals, Vicente Lopez–Rios appeals from his guilty-plea conviction and 36–month sentence for illegal reentry following deportation, in violation of 8 U.S.C. § 1326, and from the revocation of his supervised release and the 6–month sentence imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lopez–Rios' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).